

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Edward Briceno,

Vs. No. 11-22-00353-CR

The State of Texas,

\* From the 441st District Court
 of Midland County,
 Trial Court No. CR44878.

\* October 17, 2024

\* Memorandum Opinion by Williams, J.
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to reflect that the trial court, not the jury, assessed Appellant's punishment. As modified, we affirm the judgment of the trial court.